

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2020

No. 04-19-00576-CR

George Oscar **PENA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6904
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant's Motion for Extension of Time has been filed and is hereby GRANTED. Appellant's Brief is due April 20, 2020.

It is so **ORDERED** on March 20, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court